# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHARLES EDWARD COOLEY, JR.,** ) | |
| **# 230863,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:21-cv-0074-RAH-CSC |
| ) | |
| **SEDRICK S. WOODGET,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation entered March 6, 2024, dismissing this action with prejudice. (Doc. 57.). The Plaintiff has filed no objections to this Recommendation. After an independent review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 57) is ADOPTED;

2. The Motion for Summary Judgment (Doc. 23) is GRANTED;

3. This case is DISMISSED with prejudice;

4. The Motion for Status (Doc. 56) is DENIED as moot; and

5. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 28th day of March 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE